1  Brendan F. Quigley (*pro hac vice*)
   BAKER BOTTS L.L.P.
2  30 Rockefeller Plaza
   New York, New York 10112
3  Telephone: (212) 408-2500
4  Facsimile: (212) 408-2501
   brendan.quigley@bakerbotts.com
5
6  Karan Singh Dhadialla (SBN 296313)
   BAKER BOTTS L.L.P.
7  101 California Street, Suite 3200
   San Francisco, California 94111
8  Telephone: (415) 291-6200
   Facsimile: (415) 291-6300
9  karan.dhadialla@bakerbotts.com

10 *Counsel for Plaintiffs Solid Income*
11 *Limited and CCY III and Counter-*
   *Defendants Swiss Alp GmbH, Swiss Alp*
12 *Investments AGmvK in Liquidation,*
   *AEC Yield Capital, LLC, AEC 51 Yield,*
13 *LLC, and Froehlich Rechtsanwalts AG*

14

**UNITED STATES DISTRICT COURT**

15

**NORTHERN DISTRICT OF CALIFORNIA**

16

**OAKLAND DIVISION**

17

18 | SOLID INCOME LIMITED AND CCY III,

     Plaintiffs,
19
        v.
20
   AMERICAN HOMEENERGY LLC;
21 THOMAS ENZENDORFER; LAURA
   ENZENDORFER; AVENUE DELIVERY
22 LLC; EFFERVESCENCE CHAMPAGNE
   IMPORTS LLC; ENERGYINVEST LLC;
23 ENERGYINVEST HOLDINGS LLC;
   HOMEENERGY INC.; AND OASIS HQ
24 LLC,

25      Defendants.

26

27 AND RELATED CROSS-ACTION

28

Case No. 4:24-cv-09424-HSG

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR FROEHLICH RECHSTANWALTS AG TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COUNTERCLAIM AND VACATE DEFAULT**

Judge:   Hon. Haywood S. Gilliam, Jr.

1

**ORDER**                                    Case No. 4:24-cv-09424-HSG

# ORDER

Having reviewed the foregoing Stipulation, and finding good cause therefore, this Court hereby orders that the deadline for Froehlich Rechstanwalts AG to file its Reply in Support of Motion to Dismiss Amended Counterclaim and Vacate Default is extended from January 6, 2026 to January 8, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  1/6/2026

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE