Brendan F. Quigley (*pro hac vice*)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
brendan.quigley@bakerbotts.com

Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
karan.dhadialla@bakerbotts.com

*Counsel for Plaintiffs Solid Income
Limited and CCY III and Counter-
Defendants Swiss Alp GmbH, Swiss Alp
Investments AGmvK in Liquidation,
AEC Yield Capital, LLC, AEC 51 Yield,
LLC, and Froehlich Rechtsanwalts AG*

C. Alex Naegele (Cal. Bar. No. 255887)
C. ALEX NAEGELE, A PROFESSIONAL
LAW CORPORATION
10080 North Wolfe Road, Suite SW3200
Cupertino, CA 95014
Telephone: (408) 883-8994
Facsimile: (408) 490-3033
alex@canlawcorp.com

*Attorney for Counterclaimants/Defendants
American Home Energy, Inc., HomeEnergy
Inc., EnergyInvest LLC and Thomas
Enzendorfer; and Defendants Avenue
Delivery LLC, Effervescence Champagne
Import LLC, EnergyInvest Holdings LLC,
Oasis HQ LLC, and Laura Enzendorfer*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SOLID INCOME LIMITED AND CCY III,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOMEENERGY LLC; THOMAS ENZENDORFER; LAURA ENZENDORFER; AVENUE DELIVERY LLC; EFFERVESCENCE CHAMPAGNE IMPORTS LLC; ENERGYINVEST LLC; ENERGYINVEST HOLDINGS LLC; HOMEENERGY INC.; AND OASIS HQ LLC,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 4:24-cv-09424-HSG<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

# JOINT STIPULATION OF DISMISSAL

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

IT IS HEREBY STIPULATED AND AGREED by the parties herein, pursuant to Federal Rule of Civil Procedure 41(a)(2) that all pending claims and counterclaims are hereby dismissed, with prejudice and without costs to any party, according to the terms of the written confidential Settlement Agreement made and entered into by all of the parties on April 7, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 18, 2026                    Respectfully Submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Brendan F. Quigley*
　　Brendan F. Quigley (*pro hac vice*)
　　brendan.quigley@bakerbotts.com
　　BAKER BOTTS L.L.P.
　　30 Rockefeller Plaza
　　New York, New York 10112
　　Telephone: (212) 408-2500
　　Facsimile:  (212) 408-2501

　　Karan Singh Dhadialla (SBN 296313)
　　karan.dhadialla@bakerbotts.com
　　BAKER BOTTS L.L.P.
　　101 California Street, Suite 3200
　　San Francisco, CA 94111
　　Telephone:  (415) 291-6200
　　Facsimile:  (415) 291-6300

　　*Counsel for Plaintiffs Solid Income Limited and CCY III and Counter-Defendants Swiss Alp GmbH, Swiss Alp Investments AGmvK in Liquidation, AEC Yield Capital, LLC, AEC 51 Yield, LLC, and Froehlich Rechtsanwalts AG*

**C. ALEX NAEGELE,**
**A PROFESSIONAL LAW CORPORATION**

By: */s/ C. Alex Naegele*
　　C. Alex Naegele
　　10080 North Wolfe Road, Suite SW3200

2

**JOINT STIPULATION OF DISMISSAL**　　　　　　　　CASE NO. 4:24-CV-09424-HSG

Cupertino, CA 95014
Telephone: (408) 883-8994
Facsimile: (408) 490-3033
Email: alex@canlawcorp.com

*Attorney for Counterclaimants/Defendants American Home Energy, Inc., HomeEnergy Inc., EnergyInvest LLC and Thomas Enzendorfer; and Defendants Avenue Delivery LLC, Effervescence Champagne Import LLC, EnergyInvest Holdings LLC, Oasis HQ LLC, and Laura Enzendorfer*

**JOINT STIPULATION OF DISMISSAL**                    CASE NO. 4:24-CV-09424-HSG

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that each Signatory has concurred in the filing of this document.

DATED: April 18, 2026                    Respectfully Submitted,


                                         By: */s/ Brendan F. Quigley*
                                             Brendan F. Quigley (*pro hac vice*)

                                             *Counsel for Plaintiffs Solid Income Limited*
                                             *and CCY III and Counter-Defendants Swiss*
                                             *Alp GmbH, Swiss Alp Investments AGmvK*
                                             *in Liquidation, AEC Yield Capital, LLC,*
                                             *AEC 51 Yield, LLC, and Froehlich*
                                             *Rechtsanwalts AG*

4

**JOINT STIPULATION OF DISMISSAL**                    CASE NO. 4:24-CV-09424-HSG

## ORDER

Pursuant to the Parties' Joint Stipulation of Dismissal, IT IS SO ORDERED. The Court hereby dismisses *Solid Income Limited and CCY III v. American Home Energy Inc. et al.*, No. 4:24-cv-09424-HSG with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court retains jurisdiction for the sole purpose of enforcing the Settlement Agreement between the parties and to enter judgment upon breach, as provided in the parties' Settlement Agreement and Stipulation of Judgment. All existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated:   4/20/2026

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE